COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-09-348-CV

 

IN RE DAVID MICHAEL
SPENCER                                              RELATOR

 

                                              ------------

 

                                    ORIGINAL PROCEEDING

 

                                              ------------

 

                                MEMORANDUM OPINION[1]

 

                                              ------------

 

The
court has considered relator=s
petition for writ of habeas corpus and the real party in interest's response
and is of the opinion that relief should be denied.  Accordingly, relator=s
petition for writ of habeas corpus is denied.

Relator
shall pay all costs incurred in this proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
MEIER, LIVINGSTON, and MCCOY, JJ.

 

DELIVERED: 
October 8, 2009











     [1]See
Tex. R. App. P. 47.4.